**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ANDREA AVERY,

              Petitioner

      v.

BRANDON CERCONE AND HARRY
SPADAFORA,

              Respondent

: No. 322 WAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.